Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
IREETA MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| IREETA MORRIS, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## VERIFIED COMPLAINT

Plaintiff, IREETA MORRIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, LEGAL RECOVERY LAW OFFICES, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act (RFDCPA), Cal. Civ. Code §1788, *et seq.*

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Riverbank, Stanislaus County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in San Diego, California

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt, on behalf of the original creditor, Capital One Bank (Defendant's internal Account Number assigned to Plaintiff: 719684)

12. Plaintiff's alleged debt owed to Capital One Bank arises from transactions for personal, family, and household purposes.

13. Defendant calls Plaintiff and leaves voice messages, asking Plaintiff to call Defendant at 800-785-4001. *See* Transcribed Voicemail Message, attached hereto as Exhibit A.

14. Defendant failed to disclose in subsequent communications that the calls were from a debt collector. *See* Exhibit A.

# COUNT I
# DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   b. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   c. Defendant violated §1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

   d. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, IREETA MORRIS, respectfully requests judgment be entered against Defendant, LEGAL RECOVERY LAW OFFICES, INC., for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

# COUNT II
# DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692, *et seq.*

WHEREFORE, Plaintiff, IREETA MORRIS, respectfully requests judgment be entered against Defendant, LEGAL RECOVERY LAW OFFICES, INC., for the following:

21. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

23. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, IREETA MORRIS, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: November 18, 2010    KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff,
IREETA MORRIS

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, IREETA MORRIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, IREETA MORRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11/19/10              _____
                            IREETA MORRIS

Nov 19 10 06:14p    Ireeta Morris    2098693592    p.2

# **Exhibit A**

PLAINTIFF'S COMPLAINT

**Ireeta Morris v. Legal Recovery Law Offices, Inc.**

This message is for Ireeta Morris. If this is not Ireeta Morris, disconnect. If this is Ireeta Morris, continue to listen to this message. If we have reached this number in error, contact us at 800-785-4001 and we will remove this number. By continuing to listen to this message you acknowledge that you are Ireeta Morris. This is Lynn with Legal Recovery Law Offices. It is very important you return the call to me today at 1-800-785-4001. My extension is 207. Thank you.