# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREETA MORRIS,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>LEGAL RECOVERY LAW OFFICES, INC.,<br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 10-2330 LJO DLB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 9.) |

　　　　Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 15, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　This Court VACATES all pending dates and matters, including the March 15, 2011 scheduling conference.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

　　　　IT IS SO ORDERED.

**Dated:**　　**March 7, 2011**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE