**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

IREETA MORRIS,

        Plaintiff,

vs.

LEGAL RECOVERY LAW OFFICES, INC.,

        Defendant.

Case No.: **1:10-cv-02330-LJO -DLB**

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: **March 22, 2011**         /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE